**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT FILED**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983** DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**IN THE UNITED STATES DISTRICT COURT** MAR 1 1 2020
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION** JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

CASE NO. _4:20-CV-263-KGB- JTK_

Jury Trial: ☑ Yes ☐ No
(Check One)

I.    Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.    Name of plaintiff: _Marcus Dawayne Walton_
ADC # _154132_

Address: _PO Box 600, Grady, AR. 71644_

Name of plaintiff: _N/A_
ADC # _____

This case assigned to District Judge _Baker_
and to Magistrate Judge _Kearney_

Address: _N/A_

Name of plaintiff: _N/A_
ADC # _____

Address: _N/A_

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.    Name of defendant: _Dillion R. Voss_

Position: _Sargent, Correctional_

Place of employment: _Ouachita River Correctional unit_

Address: _100 Walco Lane, Malvern, AR. 72104_

Name of defendant: _Corpral B. Lewis_

Position: _Correctional, Corpral_

-4-

Place of employment: Quachita River Unit

Address: 100, Walco Lane, Malwen, AR. 72104

Name of defendant: Jhon Doe

Position: Sargent

Place of employment: Quachita River Unit

Address: 100, Walco Lane, Malwen, AR.72104

Name of defendant: Lt. Harris

Position: Leautenant, Correctional

Place of employment: Quachita River Unit

Address: 100, Walco Lane, Malvren, AR. 72104

II.   Are you suing the defendants in:

☐   official capacity only
☐   personal capacity only
☑   both official and personal capacity

III.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐   Parties to the previous lawsuit:

Plaintiffs: _____ N/A _____

Defendants: _____ N/A _____

☐    Court (if federal court, name the district; if state court, name the county):

_____ N/it _____

☐    Docket Number: _____ ∅

☐    Name of judge to whom case was assigned: ___∅_____

☐    Disposition: (for example: Was the case dismissed? Was it appealed?
Is it still pending?) _____ ∅ _____

☐    Approximate date of filing lawsuit: _____ ∅ _____

☐    Approximate date of disposition: _____ ∅ _____

IV.    Place of present confinement: Vavner Unit, Grady, AR.
_____ 71644-0600 _____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

__✓__ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

Alleged Parole Violation _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails.  Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓    No ____

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?

-6-

Yes ✓   No ____

If not, why? _____

_____

VII.    Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

(See Attached Affidavit)

See Camera located in Hallway infront of Chow hall 4 intake on January 27, 2020 10:00am Until 11:30 am which will validat all claims. I've made. Thankyou.

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

See Attachedment

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

Marcus Watto

Signature(s) of plaintiff(s)

-8-

VIII.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite
no cases or statutes.

See Attachment

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _2 (Q_ day of _____ Feb _____ , 20 _20_

_____ 184/32

_____

Signature(s) of plaintiff(s)

SCOTT A TAYLOR
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403819

-8-

In the United States District Courts
Western District of Arkansas
& OR Eastern

Marcus Walton

Vs.                               Case#

Sgt. Dillion R. Voss, et. al      B. Lewis Cpl.
Then Doe, Lt. Harris

"Attahment to Statment of Clam #VII pg 7"

I.
Jurisdiction and Venue.

1.) This civil action authorized by 42 U.S.C.A. Section 1983, to redress the deprivation, under color of State law, of rights secured by the Constitution of the United States.

2.) The Westren District of Arkansas is the appropriate venue, because this is where the event giving rise to this claim occured.

(1.)

<u>Plaintiff</u>

1) Plaintiff, Marcus Dawayne Walton, is now, and was at all times mentioned herein, an inmate in the Arkansas, Dept. of Corrections, currently confined in the Varner Unit, P.O. Box 600, Grady, AR, 71644

## III
## Defendents

1) Defendant, Dillon D. Voss, is now, and was, at all times mentioned herein, Correctional Sgt. at the Ouchita River Corr. Unit, was acting under the color of state law.

2) Defendant, B. Lewis, is now and at all times mentioned herein, Correctional Corpral, at Ouchita River Corr. Unit, was acting under the color of state law.

3. Defendant Jhon Doe, (See camra 4 chaw hall 4 intake hall way for defendant's proper and correct name.) Is now and at all times mentioned herein was acting under color of state law.

## IV Facts

After arriving at Malvin Unit in ADC custody after a cupple of days I was in a verbal altercation with a one Sgt. D. Voss about me talking in the Chow Hall (keep in mind I didn't know we weren't suppose to be talking that it was such a problem) b/c I had just got there. Sgt. D. Voss forcibly stated for me to go back to the barracks, since I havent eating I was reluctant to leave as he said but to prevent from having a problem I complied with his orders & left the chaw Hall area. Upon doing so I stopped outside of the Chaw Hall to talk and/or explain myself to a Lt. Harriss, &

(2.)

Cpl. Lewis a Sgt. Voss (who has said to have more than one excessive force complaint against him in the past) left his area to further came in the hall and provoke me (see camera in Hallway in front of chow Hall 4 intake to see he was the aggressor) into an unessceary conflict, without reason. Barping "go to the barriks befor I make you go to the barriks." While saying those words Sgt. D. Voss was placeing hand restrains on his fist as if they were brass knerlkes at that point they became a wepon. (see camera ~~in first~~ Chow Hall 4 intake hallway) I stated "I am not your child this white dosn't belittle me as a human being. You can ask me and I'll go." At that point I was struck by a Sgt. D. Voss for no apparent reason in the face. (see camera Intake 4 chow Hall hallway) Everything stopped as I stobbled backward and he came at me agin. That's when I actted in self defence against an officer who clearly had a motive to hurt me for no reason. While on the ground an officer known as only Jhon Doe repeatedly kneed me in my back while having me in a chock hold. Before and after I was placed in restraint a Cpl. B Lewis struck me sevral times with a closed fist and a state issued radio. Noone was tryingt to restrain me I wasnt fighting back they were beating me. 5 different officers struck me repeatedly.

(3.)

## V.
## Exhaustion of legal Remedies.

1.) Plaintiff used the inmate grievance procedure availble to try to obtain medical help.

2.) Plaintiff upon being transfered b/c of my grievance. Upon transfer had ask the (varner) nurse, to examine him due to urin containing blood, lose tooth, and severe migraine head aches.

3.) A sample was conducted by nurse Hollaway who tested the urin sample and in fact it contained blood (see lab report) on urin sample.

4.) On these dates grievances were filled heres the numbers.
- Grv.# SNW20-00039 2/3/20 Grv. Code#900
- Grv.# SNW20-00033 1/31/20 Grv. Code#400
- Grv.# SNW20-00038 2/3/20 Grv. Code#400

5. Sick Calls. 2-12-2020    2-14-2020
2/3/2020 - 2/5/2020 Varner Unit.

## VI  Legal Claims

1.) Defendants D. Voss, B. Lewis, Jhon Doe (see canura for proper name) and Lt. Harris willing deprived the plaintff of his right to be free of crule and unusal Punishment

2.) Defendant D. Voss used excissive force, by placing hand restraints (hand cuffs) and using them at brass knuckles at this point they became a wepon against an unarmed inmate. (see canura in Hallway infront of intake chow Hall 4.)

3.) Defendant B. Lewis used excessive force when she struck the inmate with a closed fist and a state issued radio (see canura Intak chow Hall 4 hallway)

4.) Defendant Jhon Doe (see intake canura Hallway chowhall 4 for defendants name.) use excessive force when he chock held me and kneed me repeatly in my backe

5.) Defendant Lt. Harris became as guilty as her subordints when she didn't stop the alteration she watched knowing he was in the wrong.

(4)

6). Defendant, Dillon Voss lied about the incident that lead up to the events which means he obstructed justice and conspiring with others (officers) to cover up (see camra in Hallway of chaoHall 4 intake 10:00am ~ 11:30 Am.)

7c). Lt. Harris, should of stepped in and stopped the beating after her first officer threw the first punch but she watched only coming to his defence when I protected myself. But infact she was the officer in charge and should of gain control of the situation and her subbornitnet.

## VII

## Protection from physical Brutality

"The Rule": A use of force is excessive & violates the 8th amendment when it is not applied in an effort to maintain or restore discipline. (In this case discipline was never lost nor was the plaintiff out of control) But is used to maliciously & sadisticlly cause harm. Where a prison offical is responsible for unneccessary & wanton infliction of of pain, the 8th Amendment has been violated.

"Excessive Force": By prison guards constitutes cruel & unusual punishment (In Hudson V. McMillian 503 U.S. 1 "1992" the court found a violation of the 8th Amend when prison officals punched, and kicked a prisoner, leaving him with minor bruises, swelling on his face and mouth and loose- thooth. The court held the guards use of force violates the 8th Amendment" in good faith effort to maintain or restor disipline" (See camra in Hallway intake 4 chaoHall dicisipline was never lost) But instead is used to "maliciouly & sadistically cause harm!"        (5)

Case number #2020 WL 529180 (D.OJ) Middle district of louisiana. Daniel Davis a former major was found guilty in federal court for his participation in the beating of an inmate, conspiring with other officers by devising a false cover story submiting false reports documenting that cover story, tampering with witnessess and lieing under oath. Four other officers pled guilty for their roles in the beating and cover up. This inmate was also shackled and handcuffed as the plaintiff was when he was struck with a close fist and state issued radio by Cpl. B Lewis. (See Camp Intake Chow Hall 4) 10:00am 11:30am

Case Number # DoJ 19-1408 (DOJ) 2019 WL 6875836.

In this case an indictment was unsealed charging Anthony Boen, the Current Sheriff of Frankling County, Arkansas, with fedaral civil rights offeness. Sheriff Boen age 49. is charged with three counts of deprivation of rights under color of law in Violation of title 18, United states Code, Section 242. Boen punched a detainee Severale times in the head while in restraints and out restaints.

# VIII
## Case in Cheif

On 12-7-2020 at aprox. 10:30-11:30am I inmate M. Walton was malicasly beat in the face and back by officers at Malvrien

(6)

Unit a one D. Voss, B. Lewis, Jhon Doe, (see camra for officers real name) and Lt. Harris. I was refused food and no Sgt. on that Shift was concerend with my well being niether or would they even sign my grivances. I'm suffering from momentary memory lost and migran head aches. I was urinating blood do to the blows I took to the back. My elbow was spung I could not bend it. Also my tooth has to be exstracted and is in excrusiating pain. Altho Lt. Harris didn't strike me she was the supirior officer and did not try and stop her subbordints. That puts her at just as much fault as them she could of told him return to post after he first provoked me and threating me. I'm mental health and I suffer from anxiaty, depperission, and being locked down for an altercation that was forced on me is doing a down spiral on my trust of the system. Also my Self asteam. An I severlly depresied

## IX
## Prayer for Relief

1.) A dddarstion that the acts described herein vidated Plaintiffs rights under the constitution & Laws of the U.S.

2.) Compensatory damages in the amount of 250,000 against A.D.C each defendant jointly & severally. ^$900 per day every day over 6 month p.v.

3.) Punitive Damages for all listed defendants to Criminal charged & convicted.

4.) A jury trial on all issues triable by Jury.

5.) Plaintiffs cost in this action.

6.) Any additional relif deemed just & equitable.

(M.)

Respectfully Submitted

Marcus Walton - 154132

P.O. Box 600 / Varner Unit

Grady, AR, 71644

(8.)

# Verification

I have read the foregoing complaint & hereby verify that the matters therein are true, except as to matters alledged on information & belief, and as to those, if any, I believe them to be true. I certify under the penalty of perjury.

Executed at Grady, ARkansas on this 26 day of Feb, 2020

Mario Watton 154132

State of Arkansas, Notary Public Grady, County of Lincoln Subscribed and Seen sworn to befor me, a Notary Notary Public on this Day 26 of Feb 2020

3-16-25
my Commission Expires

Notary Public

SCOTT A TAYLOR
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 03-16-2025
Commission # 12403819

IGTT405                                                                    Attachment V
3GT

# ACKNOWLEDGEMENT OF GRIEVANCE APPEAL
## or REJECTION OF APPEAL

TO:   Inmate   Walton, Marcus D.          ADC #:  154132B
FROM:  Griffin, Rory L                    TITLE:  Dep Dir for Hlth and Corr Svc
RE: Receipt of Grievance  SNN20-00033  DATE:  02/07/2020

Please be advised, the appeal of your grievance dated
01/28/2020
was received in my office on this date  02/07/2020

**Your grievance appeal is being returned pursuant to the Administrative Directive on Inmate Grievances due to one of the following:**

☐   The time allowed for appeal has expired
☐   The matter is non-grievable and does not involve retaliation:
    ☐   (a) Parole and/or Release matter
    ☐   (b) Transfer
    ☐   (c) Job Assignment unrelated to medical restriction
    ☐   (d) Disciplinary matter
    ☐   (e) Matter beyond the Department's control and/or matter of State/Federal law
    ☐   (f) Involves an anticipated event
☑   You did not send all the proper Attachments:
    ☑   (a) Unit Level Grievance Form (Attachment 1)
    ☐   (b) Warden's/Center Supervisor's Decision (Attachment III); or Health Services Response Attached (Attachment IV for Health Issues Only)
    ☐   (c) Did not give reason for disagreement in space provided for appeal
    ☐   (d) Did not complete Attachment III or IV with your name, ADC#, and/or date
    ☐   (e) Unsanitary form(s) or documents received
    ☐   (f) This Appeal was REJECTED because it was a duplicate of  , or was frivolous or vexatious

Truck Mail

FEB 07 2020

IGTT400
3GR                                                                           Attachment II

INMATE GRIEVANCES SUPERVISOR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  <u>Walton, Marcus D.</u>          ADC #:  <u>154132B</u>
FROM:  Gray, Jason N                          TITLE:  <u>ADC Inmate Grievance Coord</u>
DATE:  <u>01/31/2020</u>                       GRIEVANCE #:  <u>SNN20-00033</u>

Please be advised, I have received your Grievance dated <u>01/28/2020</u> on <u>01/31/2020</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

☐ This Grievance will be addressed by the Warden/Center Supervisor or designee.

☐ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

☐ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐ This Grievance has been determined to be an emergency situation, as you so indicated.

☐ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

☐ This Grievance was REJECTED because it was either non-grievable ( <u>Disciplinary matter</u> ), untimely, was a duplicate of  , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. At no time did I give a displanary or say anything about one cause in stating fact I haven't recived a displanary so how can I grive one? This is a cover up for this officers actions that was clearly wrong, overly aggressive, hostle, and should not have a job in ADC. Moureon as a Staff is trying to sweep it under the rug? please watch the camera I was beat buy your staff here. He clearly

ADC#: <u>154132</u>          <u>1-31-2020</u>
                          Date

_____
Inmate Signature

violated everything the AR-225 stands for and every other officer does to for the cover up they're doing and lien on these State documents. Saying, I'm giving a ~~displanary~~ how when I never got one? Allowing these officers to Conteniue in this Cover up goes against everything the AR-225 stands for wheres the integraity behind the badge. Everyone in blue isnt right and everyone in white isnt wrong.

IGTT400                        Page 1 of 1

Mr. Payne
Mrs. Wendy Kelly,

At no time at the body of my griveance
did I descuss a displanary nither or
have I gotten a displanary. this
is in fact a way to shut me
up and make matters disaper.
this whole unite is in on
a cover up to protect its officers
and to act as if this incident never
happend. I was beat while I
was in handcuffs by a Cpl. B Lewis
she struck me with a radio, and
the act of Sgt. Voss was premeditatted.
You can clearly see him remove
his hand cuffs and place them
around his knuckles to be used as
a wepon aginst me, who was only
asking for a chance to eat. They
are trying to sweep this matter
under the rug and make it as
if I did something wrong.
I didnt he struck me clearly in the
face for no reason please watch the
camra befor the footpe magically
disaper. He also said go to the barricks befor
I make you go thats a threat he cant do that.

Marcus Walton-154132
P.O. Box. 600
Grady, AR. 71644