IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MARCUS WALTON                                                                                                  PLAINTIFF

v.                                              Case No. 6:20-cv-6033

DILLION R. VOSS, Sergeant,
Ouachita River Unit, *et al.*                                                                                DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 8, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 43. Judge Bryant recommends that Plaintiff's Motions for Preliminary Injunction (ECF Nos. 10, 20) and Plaintiff's Motion for Restraining Order (ECF No. 35) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motions for Preliminary Injunction (ECF Nos. 10, 20) and Plaintiff's Motion for Restraining Order (ECF No. 35) are **DENIED**.

**IT IS SO ORDERED**, this 3rd day of August, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge